THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 29, 2018



Beth E. Hanan
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: )
)
TYRA STOKES ) CASE NO. 16-21749
) CHAPTER 13
)
DEBTOR )

### ORDER CONDITIONING THE AUTOMATIC STAY

In said District, the 9th of October, upon the Motion of SN Servicing Corporation to Modify the Automatic Stay, due notice having been served upon all parties in interest; the movant and the debtor(s) in agreement with the below terms and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay shall remain in effect conditioned upon the following:

1. That in the event that debtor(s) become delinquent in their post-petition mortgage payments during the six month period beginning with the November 2018 payment, delinquent

being defined as having not been received by movant before the sixteenth (16th) day after which such payment is due, SN Servicing Corporation may file and serve on the court, debtor(s), their counsel, and the Trustee an Affidavit of Default and a proposed Order Modifying the Automatic Stay for the court's signature. Upon entry of such Order, the Automatic Stay in this cause shall be modified for SN Servicing Corporation to proceed against debtor(s) with foreclosure of the subject property, pursuant to Wisconsin law, without further order of the Court or proceeding being necessary, and thereafter commence any action necessary to obtain possession of the premises known as 4117 North 89th Street, Milwaukee, WI 53222. Monthly payments in the amount of $1,087.97 are to be sent to creditor's Payment Processing Center at SN Servicing Corporation, PO Box 660820, Dallas, TX 75266-0820.

2. At the termination of the six-month period, Creditor may renew its Motion by letter notice to the Court, Debtor(s), and Debtor's attorney, should payments not be received by movant before the sixteenth (16th) day after which such payment is due.

3. Debtor is to make one payment of $750.00 for the month of October, 2018. Regular on-going installment payments will commence November 01, 2018.

4. In order to cure the remaining post petition arrearage alleged in the Motion, SN Servicing Corporation is granted leave to file a supplemental Proof of Claim in the amount of $4,867.37 consisting of four payments from June 01, 2018 to September 01, 2018 at $1,087.97 each; a partial payment of $337.97 for October 01, 2018 and late charges of $181.52. The debtors further agree to modify the plan, if necessary, to accommodate payment of the supplemental claim.

#####